IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-CR-025-Z (01) |
| NICHOLAS SHANE GILBERT | ECF |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Nicholas Shane Gilbert, in support of which the United States shows as follows:

On January 17, 2023, Nicholas Shane Gilbert, defendant, was sentenced by United States District Judge Jennifer G. Zipps, to a term of time served (two days), to be followed by a term of supervised release of thirty six months, with conditions, upon his conviction of Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i). Gilbert began serving his current term of supervised release on January 17, 2023. On April 12, 2023, the case was transferred to U.S. District Judge Matthew J. Kacsmaryk.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Standard Condition No. 9:** The defendant shall notify the

probation officer within 72 hours if he is arrested or questioned by law enforcement.

**Violation of Standard Condition No. 2:** After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

**Violation of Standard Condition No. 13:** The defendant must follow the instructions of the probation officer related to the conditions of supervision.

**Violation of Special Condition No. 3:** The defendant must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

II.

Defendant **Gilbert** violated these conditions in that:

1. On or about September 21, 2025, defendant was questioned by an Amarillo Police Department officer regarding the defendant's suspected involvement in an assault. The defendant did not report this questioning by a law enforcement officer within

72 hours.

2. On or about February 17, 2023, the defendant failed to report to the U.S. Probation Office in Amarillo, Texas, as directed.

3. On or about June 9 and 16, 2023 and September 9, 2024, the defendant failed to report for a scheduled mental health treatment with Jon Klein Family Counseling.

III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending his final revocation hearing.

    Respectfully submitted,

    NANCY E. LARSON
    ACTING UNITED STATES ATTORNEY

    */s/ Anna Marie Bell*
    ANNA MARIE BELL
    Assistant United States Attorney
    New Mexico Bar Number 12501
    500 South Taylor Street, Suite 300
    Amarillo, Texas 79101-2446
    Telephone: 806-324-2356
    Facsimile: 806-324-2399
    E-mail: anna.bell@usdoj.gov